## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

EQUAL EMPLOYMENT                    :
OPPORTUNITY COMMISSION,             :
                                    :
            Plaintiff,              :        CIVIL ACTION NO.
                                    :
      v.                            :        4:18-cv-00229-CDL
                                    :
                                    :
EXIDE TECHNOLOGIES, INC.            :
                                    :
            Defendant.              :
_____ :

## ORDER

For good cause shown, Plaintiff Equal Employment Opportunity Commission's Motion to Lift Stay is **GRANTED**. The stay entered in this case on January 2, 2019 [Doc. No. 4] is hereby lifted and this case shall proceed in its normal course. Defendant shall answer or otherwise respond to Plaintiff's complaint by Monday, February 25, 2019. The Clerk shall issue a Rules 16/26 Order after Defendant files its answer or otherwise responds to the complaint.

This 29th day of January, 2019

                                    S/Clay D. Land
                                    _____
                                    Hon. Clay D. Land
                                    United States District Judge